IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAUREEN BYAM,                          :
    Petitioner,                         :          CIVIL ACTION
                               :
        v.                               :
                               :
GIROUX, et al.                         :          No. 11-3635
    Respondents.                        :

ORDER

AND NOW, this 10th day of November, 2011, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is DISMISSED without prejudice for failure to exhaust state remedies;

3. There is no probable cause to issue a certificate of appealability;

4. The Clerk of the Court shall mark this case closed for statistical purposes.[1]

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.

---

[1] Because this is a cut-and-dry procedural issue, there is nothing Ms. Byam could raise in her objections that would change the disposition of the report and recommendation.